Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Suite 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 10-10147-B-7 |
| | DC No. JES-2 |
| **ROY MANUEL FIALHO,** | MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY |
| Debtor(s). / | Date: July 27, 2011<br>Time: 10:00 a.m.<br>Dept: B |

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 01/07/2010.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate are: 50% interest in Boston House of Pizza located in Hanford, CA; 50% interest in Boston House of Pizza located in Corcoran, CA; equipment for

FILED
June 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003580922

Boston House of Pizza-Hanford; business inventory; 1995 Dodge Dakota pick-up; 2001 Mercedes Benz with 165,000 miles; 12 gauge shotgun.

5. The trustee has obtained an offer from the debtor(s) ROY MANUEL FIALHO to purchase said asset(s), for the sum of $29,312 less a valid exemption of $16,025, for net cash to the estate of $13,287. Funds have been by the estate and are awaiting court approval.

6. The trustee has not agreed to pay commissions to any party in connection with the proposed sale.

7. The property is to be sold subject to liens and encumbrances of record, of which there are none known.

8. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

9. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE**, the trustee prays that after appropriate notice and opportunity to be heard, he be authorized to sell the above-described asset to the debtor(s), ROY MANUEL FIALHO.

DATED: 6/16/11

JAMES E. SALVEN,
Movant